

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-89,064-01

### EX PARTE CRUZ VENCES, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 1312401-A IN THE 183RD DISTRICT COURT FROM HARRIS COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of possession of marihuana and sentenced to 180 days' imprisonment. He did not appeal his conviction.

Applicant contends that trial counsel failed to properly advise him that his guilty plea would result in mandatory removal from the United States. In a separate ground, he contends that trial counsel's misadvice on the immigration consequences of his guilty plea rendered it involuntary.

The trial court recommended that we grant relief and set aside Applicant's conviction. We disagree. *See State v. Guerrero*. 400 S.W.3d 576, 588–89 (Tex. Crim. App. 2013). Relief is denied.

Filed: February 13, 2019
Do not publish